636

372 A.2d 441

Wapner et vir, Appellants, v. Orlemann, et al.

Argued September 10, 1975. Benedict A. Casey, with him Beasley, Hewson, Casey, Kraft and Colleran, for appellants; Lawrence A. Brown, with him McTighe, Brown, Weiss, Bonner & Stewart, for appellees.

Order affirmed.

372 A.2d 442

Weiner, Appellant, v. Robert Hawthorne, Inc., et al.

Argued December 10, 1976. Eugene F. Brazil, for appellant; Roger J. Harrington, with him John J. O'Brien, for appellees.

Judgment affirmed.

HOFFMAN and SPAETH, JJ., absent.